# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1230
_____

NATIONSTAR MORTGAGE, LLC,

    Appellant/Cross-Appellee,

    v.

DARYL A. HARRELL a/k/a DARYL
AUSTIN HARRELL; DEE A.
HARRELL a/k/a DEE ANN
HARRELL; UNKNOWN SPOUSE OF
DARYL A. HARRELL a/k/a DARYL
AUSTIN HARRELL; CACH, LLC;
PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Appellees/Cross-Appellant.

_____

On appeal from the Circuit Court for Suwannee County.
David William Fina, Judge.

July 17, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica Erin Loshin of First American Law Group, Tampa; Michelle Karen Mason and Shawn Lee Taylor of Deluca Law Group, PLLC, Fort Lauderdale, for Appellant.

Bruce Wayne Robinson, Kris Robinson, and John Joseph Joyce, III, of Robinson, Kennon & Kendron, P.A., Lake City, for Appellee/Cross-Appellant Dee A. Harrell.

Andrew Joseph Decker, III, of Andrew Joseph Decker, III, PLLC, Live Oak, for Appellee Daryl A. Harrell.